AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

JUL 1 0 2016

Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Ana Sarahi Contreras-Marines<br>YOB: 1997<br>Citizenship: Mexico<br><br>*Defendant(s)* | Case No. M-16-1301-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 9, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21USC841 & 21USC952 | defendant did knowingly and intentionally possess with the intent to distribute approximately 15.84 kilograms of cocaine, a Schedule II controlled substance and did knowingly and intentionally import into the United States from the United Mexican States approximately 15.84 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
On July 9, 2016, a silver 2008 Dodge Caliber, displaying Tamualipas, Mexico license plate; 330-TRL-6, entered the United States from the United Mexican States at the Hidalgo, Texas Port of Entry. The vehicle was driven by Ana Sarahi CONTRERAS-Marines. CONTRERAS is a Mexican national, who possesses a B1/B2 visa, also known as a border crossing card.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Andrew Bowman, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/10/2016

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

## Attachment "A"

CONTRERAS is an eighteen (18) year old female and was the sole occupant in the vehicle.

At primary inspection, Customs and Border Protection Officer (CBPO) O. Bejar received a negative declaration for prohibited items from CONTRERAS. CONTRERAS stated she was traveling to the McAllen area to visit her grandmother. CBPO O. Bejar observed TECS records associating CONTRERAS and the vehicle to possible narcotics smuggling. CBPO O. Bejar referred CONTRERAS and the vehicle to secondary inspection.

At secondary inspection, CBPO C. Poliard received another negative declaration for prohibited items from CONTRERAS. CONTRERAS stated she was traveling to the McAllen area to visit her grandmother. CONTRERAS also stated she was a student and the vehicle was recently given to her by her father, as a gift. During secondary inspection, brown packages were discovered in the door panels. The vehicle was scanned through the Vehicle and Cargo Inspection System (VACIS) and anomalies were discovered in the door panels. CBPO J. Frias and his narcotics detection dog (NDD) conducted an open air search of the vehicle and the NDD provided a positive alert for the odor of narcotics in the area of the driver's side doors. A total of fifteen (15) packages were removed from the vehicle's door panels. The packages were probed and the white powdery substance field-tested positive for cocaine. The total weight of all 15 packages was 15.84 kilograms.

Homeland Security Investigations (HSI) Special Agent (SA) Andrew Bowman responded to the port of entry with HSI Task Force Officer (TFO) Eric Austin. CONTRERAS was provided her Miranda rights from a pre-printed form in Spanish by TFO Austin. CONTRERAS stated that she understood her rights and agreed to answer questions. During the interview, CONTRERAS provided several different stories about her ownership of the vehicle and

who provided the vehicle to her. CONTRERAS initially stated it was a gift from her parents, then stated a friend, "Ana Gomez", asked her to register the vehicle in her name as a "favor" and needed her to cross the vehicle into the U.S. several times. After being confronted with her cellular phone content, CONTRERAS eventually stated the vehicle was provided to her by an unknown male known as "Wero" and he registered the vehicle in her name and requested her to make several entries into the U.S. prior to today's trip. CONTRERAS provided several different stories about the purpose of her travel. CONTRERAS initially stated she was going to visit her grandmother, and then stated she was requested by "Ana Gomez" to conduct entries into the U.S. with the vehicle as a "favor", because she needed to "register" the plates through the ports of entry. Eventually, CONTRERAS stated she was instructed by "Wero" to deliver the vehicle to the Jack-in-the-Box and leave it in the parking lot, for another unknown person to pick up. CONTRERAS stated she was going to take a bus or get a ride back to Mexico. CONTRERAS also provided different stories about getting financially compensated for the crossing and delivery of the vehicle. During the interview, CONTRERAS provided numerous differing stories and would change her stories as she was confronted with inconsistencies.

CONTRERAS stated she knew narcotics are smuggled from Mexico into the U.S. CONTRERAS stated after the vehicle was registered in her name, she maintained possession of the vehicle, except for the night prior to this trip. CONTRERAS stated, the evening prior, "Ana Gomez" retrieved the vehicle from her and returned it late that night. After it was returned to her, CONTRERAS said she was then instructed to cross the vehicle, the next morning, and leave it at the "Jack-in-the-Box" restaurant, near the Hidalgo POE. CONTRERAS stated when she was handcuffed by CBP officers, she immediately thought they found "something" in the vehicle.